**U.S. BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE:  STEPHEN APPLEGATE      :     CHAPTER 7
                               :
      Debtor                  :     NO. 19-13802

## ORDER

AND NOW, this  1st  day of  July , 2019, upon consideration of the Motion for Extension of Time filed by Paul H. Young, Esquire, Attorney for Debtor, it is hereby ORDERED that the Debtors be granted an additional sixteen (16) days **for a total of thirty (30) days from the date of filing** in which to file the Debtor's Schedules, Statement of Financial Affairs, Form 122A, and two months income information.

_____
Ashely M. Chan
United States Bankruptcy Judge

Copies to:

Paul H. Young, Esquire
3554 Hulmeville Road
Suite 102
Bensalem, PA   19020

U.S. Trustee's Office
833 Chestnut St., Ste. 500
Philadelphia, PA 19106

Debtor