# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re | : | Chapter 7 |
| | : | |
| Stephen J. Applegate | : | |
| | : | |
| Debtor | : | Bankruptcy No. 19-13802-amc |

## ORDER

AND NOW, it is ORDERED that since the debtor(s) have failed to timely file the documents required by the order dated June 14, 2019 and this case be and the same is hereby DISMISSED.

**Date: July 24, 2019**

_____
Ashely M. Chan
United States Bankruptcy Judge

Missing Documents:

Atty Disclosure Statement
Chapter 7 Statement of Your Current Monthly Income Form 122A-1 and 122A-2
Schedules AB-J
Statement of Financial Affairs
Summary of Assets and Liabilities Form B106