United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                    Case No. 19-13802-amc
Stephen J. Applegate                                                      Chapter 7
      Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2          User: Lisa              Page 1 of 2              Date Rcvd: Jul 24, 2019
                              Form ID: pdf900         Total Noticed: 16

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jul 26, 2019.
```
db             +Stephen J. Applegate,    569 Elbridge Road,    Morrisville, PA 19067-6811
14341238       +Aargon Collection Agency,    3025 West Sahara Ave,    Las Vegas, NV 89102-6094
14341239       +Aargon Collection Agency,    8668 Spring Mountain Rd,    Las Vegas, NV 89117-4132
14341241       +Ars /Account Resolution Services,    1801 Nw 66th Ave Ste 200,    Plantation, FL 33313-4571
14341242       +Bucks Co Drs,    30 E Court St,    Doylestown, PA 18901-4319
14341243       +Bucks County Tax Claim Bureau,    Court House,    55 E. Court Street,    Doylestown, PA 18901-4331
14343532       +Deutsche Bank National Trust Company,    KML LAW GROUP, P.C.,    701 Market St. Suite 5000,
                 Philadelphia, PA 19106-1541
14341246       +Eastern Account System INC.,    Attn: Bankruptcy Dept.,    Po Box 837,    Newtown, CT 06470-0837
14341247       #+Eastern Account System INC.,    75 Glen Rd Ste 110,    Sandy Hook, CT 06482-1175
14341248       +KML Law Group,    Mellon Independence Center,    701 Market St.,    Suite 5000,
                 Philadelphia, PA 19106-1541
14341250       +McCabe, Wiesberg & Conway, PC,    123 S. Broad Street,    Ste. 2080,
                 Philadelphia, PA 19109-1031
14341252       +Young, Marr & Associates, LLC,    3554 Hulmeville Road,    Suite 102,    Bensalem, PA 19020-4366
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg             E-mail/Text: megan.harper@phila.gov Jul 25 2019 03:05:22      City of Philadelphia,
                 City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
                 Philadelphia, PA  19102-1595
smg             E-mail/Text: RVSVCBICNOTICE1@state.pa.us Jul 25 2019 03:05:08
                 Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
                 Harrisburg, PA  17128-0946
smg            +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Jul 25 2019 03:05:18      U.S. Attorney Office,
                 c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
14341240       +E-mail/Text: kristin.villneauve@allianceoneinc.com Jul 25 2019 03:04:56      Allianceone,
                 1684 Woodlands Dr Ste 15,    Maumee, OH 43537-4093
                                                                                              TOTAL: 4
```

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
```
14341245       ##+Carrington Mortgage Se,    1610 E. St. Andrew Place #B150,    Santa Ana, CA 92705-4931
14341244       ##+Carrington Mortgage Se,    1610 E Saint Andrew Place Sutie B150,    Santa Ana, CA 92705-4931
14341249       ##+Lazarus Financial Grou,    2301 N Central Expy Ste,    Plano, TX 75075-2586
14341251       ##+Round Two Recovery Llc,    3690 E I 240 Service Rd,    Oklahoma City, OK 73135-1737
                                                                                             TOTALS: 0, * 0, ## 4
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 26, 2019                                    Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 24, 2019 at the address(es) listed below:
```
              BONNIE B. FINKEL    finkeltrustee@comcast.net, NJ69@ecfcbis.com;Finkeltrustee@comcast.net
              KEVIN G. MCDONALD    on behalf of Creditor   Deutsche Bank National Trust Company, as Indenture
               Trustee, for New Century Home Equity Loan Trust 2006-1 bkgroup@kmllawgroup.com
              PAUL H. YOUNG    on behalf of Debtor Stephen J. Applegate support@ymalaw.com, ykaecf@gmail.com,
               paullawyers@gmail.com,pyoung@ymalaw.com;youngpr83562@notify.bestcase.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
```

```
District/off: 0313-2          User: Lisa                Page 2 of 2              Date Rcvd: Jul 24, 2019
                              Form ID: pdf900           Total Noticed: 16
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

TOTAL: 4

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| In re | : | Chapter 7 |
| | : | |
| Stephen J. Applegate | : | |
| | : | |
| Debtor | : | Bankruptcy No. 19-13802-amc |

ORDER

AND NOW, it is ORDERED that since the debtor(s) have failed to timely file the documents required by the order dated June 14, 2019 and this case be and the same is hereby DISMISSED.

Date: July 24, 2019

Ashely M. Chan
United States Bankruptcy Judge

Missing Documents:

Atty Disclosure Statement
Chapter 7 Statement of Your Current Monthly Income Form 122A-1 and 122A-2
Schedules AB-J
Statement of Financial Affairs
Summary of Assets and Liabilities Form B106